AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **DOUGLAS HERBERT** | Case Number: **6:15MJ033-001** |
| | Defendant's Attorney: Megan Hopkins, Appointed |

**THE DEFENDANT:**

[✓]  pleaded guilty to count(s)   Two   of the Complaint.
[ ]  pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense (s):

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR 4.2/ CVC § 12500 (a) | Drive With an Expired Driver's License | 05/31/2015 | Two |

   The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s) ___ and is discharged as to such count(s).
[✓]  Count (s)   One, Three, Four and Five   are dismissed on the motion of the United States.
[ ]  Indictment is to be dismissed by District Court on motion of the United States.
[ ]  Appeal rights given.          [✓]  Appeal rights waived.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

| | |
|---|---|
| | **8/4/2015** |
| | Date of Imposition of Judgment |
| | /s/ Michael J. Seng |
| | Signature of Judicial Officer |
| | **Michael J. Seng**, United States Magistrate Judge |
| | Name & Title of Judicial Officer |
| | 8/4/2015 |
| | Date |

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Misdemeanor Probation

DEFENDANT:**DOUGLAS HERBERT**  
CASE NUMBER:**6:15MJ033-001**

Page 2 of 2

## PROBATION

The defendant is hereby sentenced to probation for a term of :  
24 MONTHS UNSUPERVISED PROBATION.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant is ordered to obey all federal, state, and local laws.

2. The Defendant shall pay a special assessment of $ 10.00, which shall be paid forthwith. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

    CLERK U.S.D.C.  
    2500 Tulare Street, Rm 1501  
    Fresno, CA 93721

3. The Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of five days custdoy, suspended for duration of probation.

4. The Defendant is ordered to personally appear for a Probation Review Hearing on July 20, 2016 at 10:00 am before U.S. Magistrate Judge Seng. If conditions of probation met, hearing shall be taken off calendar

5. The Defendant shall complete 100 hours of community service. The Defendant shall perform and complete the community service hours by 23. Defendant shall complete the first 50 hours of community service before July 20, 2016

6. The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.

7. Other: Defendant shall maintain, insurance, registration and drivers license for duration of probation and provide proof to the government.