1  HEATHER E. WILLIAMS, CA #122664
   Federal Defender
2  DAVID H. HARSHAW III, KY #86435
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorneys for Defendant
   DOUGLAS HERBERT

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,      )   NO. 6:15-MJ-0033-MJS
                                  )
12                 Plaintiff,     )   STIPULATION AND ORDER
                                  )   TO CONTINUE REVIEW HEARING
13 v.                             )
                                  )   DATE:   July 20, 2016
14 DOUGLAS HERBERT,               )   TIME:   10:00 A.M.
                                  )   JUDGE:  Hon. Michael J. Seng
15                 Defendant.     )
                                  )

         It is hereby stipulated and agreed to between the United States of America through MATTHEW MCNEASE, Acting Legal Officer, Yosemite National Park, and defendant DOUGLAS HERBERT by and through his counsel, DAVID HARSHAW, Assistant Federal Defender, that the probation review hearing set for July 19, 2016 at 10:00 a.m. be continued August 9, 2016 at 10:30 a.m.  The time is noticed at 10:30 a.m. because the defendant takes a bus to Court that does not arrive in Yosemite Valley until 9:45 a.m.  It should also be noted that defendant is on two year probation, and this is the middle review hearing.

         The continuance is requested to allow the defense additional time to gather proof of probation compliance as well as to accommodate the defendant whose mother is ill.

|   |   |
|---|---|
| | Respectfully submitted, |
| DATED: July 18, 2016 | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ David Harshaw*<br>DAVID HARSHAW<br>Assistant Federal Defender<br>Attorney for Defendant<br>DOUGLAS HERBERT |
| DATED: July 18, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | */s/ Matthew McNease*<br>MATTHEW MCNEASE<br>Acting Legal Officer<br>Yosemite National Park, CA<br>Attorney for Plaintiff |

## **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. It ordered that the July 20, 2016 review hearing shall be continued until August 9, 2016 at 10:30 a.m.

IT IS SO ORDERED.

Dated:   July 19, 2016                                    /s/ *Michael J. Seng*
                                                                              UNITED STATES MAGISTRATE JUDGE

-2-