HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
DAVID HARSHAW
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
DOUGLAS HERBERT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Mag. 6:15-MJ-0033-MJS (Yosemite) |
| Plaintiff, | |
| v. | STIPULATED MOTION FOR EARLY TERMINATION OF PROBATION; ORDER THEREON |
| DOUGLAS HERBERT, | |
| Defendant. | Judge: Hon. Michael J. Seng_____ |

## I.    INTRODUCTION

Defendant, DOUGLAS HERBERT, hereby moves the Court to terminate his term of unsupervised probation pursuant to 18 U.S.C. § 3564(c). The twenty-four month term of probation began on August 4, 2015. Mr. Herbert appeared for his one-year review hearing on August 9, 2016 and was fully in compliance with his special conditions of supervision.  His final review hearing is set for June 27, 2017.  Mr. Herbert has solicited the government's position, and it indicates that it stipulates to this motion.  In light of that, Mr. Herbert asks that the Court issue the attached proposed order.  No hearing is needed.

## II.    APPLICABLE LAW

Title 18, section 3564(c) of the United States Code authorizes the Court to terminate a defendant's term of misdemeanor probation at any time if the Court is "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."   That section

directs the Court to consider the purposes of sentencing set forth in 18 U.S.C. § 3553(a) in deciding whether to terminate probation.

### III.    MR. HERBERT REQUESTS EARLY TERMINATION OF HIS TERM OF UNSUPERVISED PROBATION

Mr. Herbert has completed over half of his twenty-four month term of supervision and has no need for programming or treatment.  He was ordered to complete 100 hours of community service and has filed proof of that.  While the court gave him 22 months to do so, he completed his full obligation in 12 months.  He also provided proof of current insurance, registration, and driver's license.  He appeared for his review hearing in full compliance with all special and standard terms of unsupervised probation.[1]  Defense counsel solicited the government's position, and it has indicated that it stipulates to this motion.

In light of his ability to complete all his terms of probation early, Mr. Herbert asks that the Court grant him early termination and discharge the remaining term of probation.

Dated: September 26, 2016

HEATHER E. WILLIAMS
Federal Defender


*/s/ RACHELLE BARBOUR*
RACHELLE BARBOUR
Attorney for Defendant


*/s/ SUSAN ST. VINCENT*
SUSAN ST. VINCENT
YOSEMITE LEGAL OFFICE

---

[1]    Mr. Herbert believes that the Court invited him to petition for early termination if he was able to complete all of his conditions in one year.

1
2

**O R D E R**

3       Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of

4
probation imposed in this case number 6:15-MJ-0033-MJS (Yosemite) and discharges Mr.

5
Herbert for the reasons set forth above.

6
7
IT IS SO ORDERED.

8
9

Dated:   September 26, 2016        /s/ *Michael J. Seng*

10
UNITED STATES MAGISTRATE JUDGE

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28